IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:00-CR-59-1H

UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )
                               )
                               )        **ORDER**
                               )
ROLAND COLLIN DAVIS,           )
                               )
        Defendant.             )
                               )

This matter is before the court on defendant's motion for early termination of his supervised release [DE #26]. The court has carefully reviewed the matter and finds no extraordinary reasons present which would justify an early termination. Therefore, the court DENIES the motion [DE #26].

This 11ᵗʰ day of September, 2013.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26